# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| JOSE CRUZ and OSWALDO FAGOADA SANCHEZ,<br>*Plaintiffs*,<br>v.<br>RUBY CONSTRUCTION ASSOCIATES, LLC, VA, JUAN MIGUEL CONSTANZA, and VANESSA CONSTANZA,<br>*Defendants*. | Civil No. 1:17-cv-00349<br>Hon. Liam O'Grady<br>Hon. Ivan Davis |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ivan D. Davis ("Recommendation") on December 8, 2017, (Dkt. 13). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was December 22, 2017. To date, no objections have been filed.

Thus, after reviewing the record and Judge Davis' Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. 13) as to damages.

Therefore, it is hereby **ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED** as to Counts II and III of the Complaint. *See* Dkt. 9.

It is **ORDERED** that judgment is hereby entered in favor of Plaintiff Jose Cruz and against Defendants Ruby Construction Associates, LLC, VA, Juan Miguel Constanza, and Vanessa Constanza, jointly and severally, in the amount of Thirteen Thousand Six Hundred Thirty Dollars ($13,630.00).

It is further **ORDERED** that judgment is hereby entered in favor of Plaintiff Oswaldo Fagoada Sanchez and against Defendants Ruby Construction Associates, LLC, VA, Juan Miguel Constanza, and Vanessa Constanza, jointly and severally, in the amount of Fifteen Thousand One Hundred Four Dollars ($15,104.00).

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

Liam O'Grady
United States District Judge

March 19, 2018
Alexandria, Virginia