# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| JOSE CRUZ, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>)<br>v. )<br>)<br>RUBY CONSTRUCTION ASSOCIATES )<br>LLC, VA, *et al.*, )<br>)<br>*Defendants*. ) | Case No. 1:17-cv-349-LO-IDD |

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Ivan D. Davis, dated March 15, 2019 (Dkt. 28), on Plaintiffs' Motion for an Order to Show Cause Why Defendants Should Not Be Held in Contempt of Court (Dkt. 22). Defendants did not object to the R&R. The Court has reviewed Plaintiffs' Memorandum in Support of the Motion for Order to Show Cause (Dkt. 23), and the associated documents, and finds good cause to **ADOPT** the findings and recommendations of Judge Davis.

Accordingly, for the reasons cited by Judge Davis and for good cause shown, Plaintiffs' Motion for an Order to Show Cause Why Defendants Should Not Be Held in Contempt of Court (Dkt. 22) is **GRANTED** and the Court **FINDS** Defendants Juan Miguel Constanza and Vanessa Constanza in civil contempt of Court.

Commencing the day after this Order is entered, Defendants Juan Miguel Constanza and Vanessa Constanza shall jointly pay to the Clerk of this Court a fine of $50 per day until

they respond to Plaintiff's written discovery requests to the satisfaction of United States Magistrate Judge Ivan D. Davis.

It is **SO ORDERED.**

April 10, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge